# UNITED STATES DISTRICT COURT
for the
District of North Dakota

In the Matter of the Search of  )
*(Briefly describe the property to be searched*  )
*or identify the person by name and address)*  )   Case No. 1:17-mj-37
  )
DNA Sample by Buccal Swab from  )
William Anthony Fly  )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

DNA Sample by Buccal Swab from William Anthony Fly

located in the _____ District of ____North Dakota____, there is now concealed *(identify the person or describe the property to be seized)*:

DNA of William Anthony Fly

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2423(a) | Transportation of a Minor with Intent to Engage in Criminal Sexual Activity |

The application is based on these facts:
See attached Affidavit of Amy L. Chandler.

☑ Continued on the attached sheet.
☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Amy L. Chandler, Special Agent, FBI
*Printed name and title*

Sworn to before me ~~and signed in my presence~~ by telephone after.

Date: 2/3/2017

*Judge's signature*

City and state: Bismarck, ND

Charles S. Miller, Jr., U.S. Magistrate Judge
*Printed name and title*